AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL SNEED,<br><br>                    Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>                    Defendant. | Case No. 3:25-cv-00009-MMD-CLB; 3:25-cv-00081-ART-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Jamal Sneed, and Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, that the above-captioned actions, USDC Case No. 3:25-cv-00009-MMD-CLB and USDC Case No. 3:25-cv-00081-ART-CSD, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this _30_ day of December 2025

DATED this 30th day of December, 2025

AARON D. FORD
Attorney General

By: /s/
JAMAL SNEED
Plaintiff

By: /s/ Kyle L. Hill
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  February 5, 2026.

UNITED STATES DISTRICT JUDGE